## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## MIDDLE DIVISION

| | | |
|---|---|---|
| In re: YORK, SHAUN | § | Case No. 11-18933-KRM |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 10, 2011.  The undersigned trustee was appointed on October 11, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $                6,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 12.29 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 5,987.71 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/01/2012 and the deadline for filing governmental claims was 04/06/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $80.66, for total expenses of $80.66.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2012          By:/s/Shari S. Jansen
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-18933-KRM
**Case Name:** YORK, SHAUN

**Period Ending:** 06/23/12

**Trustee:** (290310)   Shari S. Jansen
**Filed (f) or Converted (c):** 10/10/11 (f)
**§341(a) Meeting Date:** 11/15/11
**Claims Bar Date:** 03/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: house Location: 3115 S Hilltop Avenue | 95,000.00 | 0.00 | | 0.00 | FA |
| 2 | On person money from parents | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Suntrust Location: 6500 South | 1.00 | 0.00 | | 0.00 | FA |
| 4 | 2 sofas, 2 computers, 2 tv's, bed, night stands, | 850.00 | 350.00 | | 0.00 | FA |
| 5 | Various books and pictures. | 75.00 | 75.00 | | 0.00 | FA |
| 6 | Various clothing.  No designer clothes. | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 2 watches | 90.00 | 0.00 | | 0.00 | FA |
| 8 | Golf clubs | 300.00 | 300.00 | | 0.00 | FA |
| 9 | Retirement - ROTH IRA Location: TD ameritrade PO | 55,000.00 | 0.00 | | 0.00 | FA |
| 10 | Financial Account: Options Xpress Location: www. | 307.45 | 0.00 | | 0.00 | FA |
| 11 | Financial Account: Optionhouse Location: http:// | 371.64 | 0.00 | | 0.00 | FA |
| 12 | Auto: 2005 Hyundai Sonata LX VIN #KMHWF35H95A111 | 5,000.00 | 2,870.09 | | 6,000.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$157,595.09** | **$3,595.09** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

December 03, 2011, 10:24 am opened  for investigation of transfers ( into  IRA ) and  vehicle  equity possible

March 09, 2012, 10:08 am proposed  settlement re  vehicle  from d atty -  corr with atty for estate and d atty - DBM  filed  motion to compromise

**Initial Projected Date Of Final Report (TFR):**    December 30, 2013      **Current Projected Date Of Final Report (TFR):**    December 30, 2013

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-18933-KRM

**Case Name:** YORK, SHAUN

**Taxpayer ID #:** **-***4597

**Period Ending:** 06/23/12

**Trustee:** Shari S. Jansen (290310)

**Bank Name:** Union Bank

**Account:** ********29 - Checking Account

**Blanket Bond:** $4,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | {12} | YORK, SHAUN | Paid in full | 1129-000 | 6,000.00 | | 6,000.00 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,987.71 |
| 06/04/12 | | Union Bank | Transfer to The Bank of New York Mellon | 9999-000 | | 5,987.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,000.00** | **6,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 5,987.71 | |
| | | | **Subtotal** | | **6,000.00** | **12.29** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$12.29** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-18933-KRM | |
| **Case Name:** | YORK, SHAUN | |
| **Taxpayer ID #:** | **-***4597 | |
| **Period Ending:** | 06/23/12 | |

| | |
|---|---|
| **Trustee:** | Shari S. Jansen (290310) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******37-66 - Checking Account |
| **Blanket Bond:** | $4,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/12 | | The Bank of New York Mellon | Transfer from Union Bank | 9999-000 | 5,987.71 | | 5,987.71 |
| | | | **ACCOUNT TOTALS** | | 5,987.71 | 0.00 | $5,987.71 |
| | | | Less: Bank Transfers | | 5,987.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********29** | **6,000.00** | **12.29** | **0.00** |
| **Checking # 9200-******37-66** | **0.00** | **0.00** | **5,987.71** |
| | **$6,000.00** | **$12.29** | **$5,987.71** |

{} Asset reference(s)

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**     **Claims Bar Date:** March 1, 2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 11-18933-KRM | | | Page: 1 | | **Date:** June 23, 2012 | |
| **Debtor Name:** YORK, SHAUN | | | | | **Time:** 04:25:17 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Shari S. Jansen<br>P.O. Box 50667<br>Sarasota, FL 34232-0305 | Admin Ch. 7 | | $1,350.00 | $0.00 | 1,350.00 |
| 200 | Shari S. Jansen<br>P.O. Box 50667<br>Sarasota, FL 34232-0305 | Admin Ch. 7 | | $80.66 | $0.00 | 80.66 |
| 200 | DAVID B. MCEWEN<br>560 FIRST AVENUE NORTH.<br>St. Petersburg, FL 33701-3702 | Admin Ch. 7 | | $1,097.50 | $0.00 | 1,097.50 |
| 200 | DAVID B. MCEWEN<br>560 FIRST AVENUE NORTH.<br>St. Petersburg, FL 33701-3702 | Admin Ch. 7 | | $67.54 | $0.00 | 67.54 |
| 000003A-1<br>570 | IRS CENTRALIZED INSOLVENCY<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $2,000.00 | $0.00 | 2,000.00 |
| 000001 -1<br>610 | LAKELAND REGIONAL MEDICAL<br>P.O. Box 95448<br>Lakeland, FL 33804 | Unsecured | 7452 | $1,927.64 | $0.00 | 1,927.64 |
| 000002 -1<br>610 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 1979 | $5,101.26 | $0.00 | 5,101.26 |
| 000003B-1<br>610 | IRS CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>Philadelphia, PA 19101 | Unsecured | | $500.00 | $0.00 | 500.00 |
| 000004 -1<br>610 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 8177 | $69,560.19 | $0.00 | 69,560.19 |
| 000005 -1<br>610 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2004<br>(5-1) CREDIT CARD DEBT | $784.60 | $0.00 | 784.60 |
| 000006 -1<br>610 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2006<br>(6-1) CREDIT CARD DEBT | $17,994.97 | $0.00 | 17,994.97 |
| 000007 -1<br>610 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 7153 SAM'S CLUB | $102.18 | $0.00 | 102.18 |
| 000008 -1<br>610 | VERIZON<br>404 BROCK DR<br>Bloomington, IL 61701 | Unsecured | 0107 | $252.80 | $0.00 | 252.80 |
| **<< Totals >>** | | | | 100,819.34 | 0.00 | 100,819.34 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-18933-KRM
Case Name: YORK, SHAUN
Trustee Name: Shari S. Jansen

**Balance on hand:**                     $            5,987.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $            5,987.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Shari S. Jansen | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - Shari S. Jansen | 80.66 | 0.00 | 80.66 |
| Attorney for Trustee, Fees - DAVID B. MCEWEN | 1,097.50 | 0.00 | 1,097.50 |
| Attorney for Trustee, Expenses - DAVID B. MCEWEN | 67.54 | 0.00 | 67.54 |

Total to be paid for chapter 7 administration expenses:   $        2,595.70
Remaining balance:                                         $        3,392.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $        3,392.01

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A-1 | IRS CENTRALIZED INSOLVENCY | 2,000.00 | 0.00 | 2,000.00 |

Total to be paid for priority claims: $ 2,000.00

Remaining balance: $ 1,392.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,223.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 -1 | LAKELAND REGIONAL MEDICAL | 1,927.64 | 0.00 | 27.89 |
| 000002 -1 | DISCOVER BANK | 5,101.26 | 0.00 | 73.80 |
| 000003B-1 | IRS CENTRALIZED INSOLVENCY | 500.00 | 0.00 | 7.23 |
| 000004 -1 | CHASE BANK USA, N.A. | 69,560.19 | 0.00 | 1,006.28 |
| 000005 -1 | AMERICAN EXPRESS BANK, FSB | 784.60 | 0.00 | 11.35 |
| 000006 -1 | AMERICAN EXPRESS CENTURION BANK | 17,994.97 | 0.00 | 260.32 |
| 000007 -1 | GE CAPITAL RETAIL BANK | 102.18 | 0.00 | 1.48 |
| 000008 -1 | VERIZON | 252.80 | 0.00 | 3.66 |

Total to be paid for timely general unsecured claims: $ 1,392.01

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $                     0.00
Remaining balance:   $                     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $                     0.00
Remaining balance:   $                     0.00

**UST Form 101-7-TFR (05/1/2011)**